**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| **FRANK HERNANDEZ PEREZ,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **CAUSE NO. EP-26-CV-1814-KC** |
| | § | |
| **MARKWAYNE MULLIN,** | § | |
| | § | |
| **Respondent.** | § | |

## ORDER

On this day, the Court considered the case.  Hernandez Perez, a Cuban citizen who was ordered removed from the United States in 1997, is held in immigration custody and seeks an order for his release or a bond hearing.  *See generally* Pet., ECF No. 3.  On July 7, 2026, the Court ordered Respondents to show cause.  July 7, 2026, Order, ECF No. 2.

Respondents now state that Hernandez Perez was detained on February 10, 2026, after serving a criminal sentence, for which his previous Order of Supervision was revoked.  Resp. 2, ECF No. 9; *see id.* Ex. A ("Form I-213"), at 3, ECF No. 9-1.  As to removal efforts, Cuba denied Hernandez Perez for repatriation on June 28, 2026.  *See id.* Ex. B ("Galvan Decl.") 1, ECF No. 9-2.  Respondents have attempted to remove Hernandez Perez to Mexico as an alternative, but Mexico will not accept him without his consent.  *Id.* at 2–3.  Thus, there is no anticipated timeline for his removal.  *Id.* at 3.  Nevertheless, as Hernandez Perez has been detained for less than six months, and removal efforts are ongoing, the Court finds a status update is warranted.

Accordingly, the Court **ORDERS** that Respondents shall **FILE** a status update, **by no later than August 10, 2026**, stating whether Hernandez Perez has been removed, and if not, specifying:

(1) What concrete steps have been taken to effectuate Hernandez Perez's removal,

(2) What obstacles exist to effectuating Hernandez Perez's removal, such as issuance of travel documents,

(3) What concrete steps have been taken to address the existing obstacles, and

(4) The anticipated timeline for Hernandez Perez's removal from the United States.

If any deadline set in this Order falls on a weekend or holiday, that deadline is extended to the following business day.

**SO ORDERED**.

**SIGNED this 23rd day of July, 2026.**

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE

2